GEORGE McMILLAN, Appellant, v STATE OF NEW YORK, Respondent.

The instant claim was properly dismissed on the basis of lack of subject matter jurisdiction. In so holding, however, we note that the claimant was entitled to an administrative hearing under the regulations concerning the assignment of inmates to special housing units *(see,* 7 NYCRR part 300). Mollen, P. J., Brown, Weinstein and Rubin, JJ., concur.